(No. 934— )

EUGENE A. LORD AND JOHN D. TALBOTT, CO-PARTNERS, DOING BUSI-
NESS UNDER FIRM NAME OF LORD & TALBOTT, Claimant, *vs.* STATE
OF ILLINOIS, Respondent.

*Opinion filed June 26, 1929.*

LOUIS H. HANNA, for claimant.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON,
Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the
court:

Now on this 26th day of June, A. D. 1929, being the day
heretofore fixed for the hearing of said motion, comes the
State of Illinois, respondent, by its attorneys, Oscar E. Carl-
strom, Attorney General of said State, and Roy D. Johnson,
Assistant Attorney General of said State;

And it appearing unto the court that the State of Illi-
nois, the respondent, having heretofore filed its motion to
show cause why said case should not be dismissed for want
of prosecution;

And it further appearing that notice of said motion has
been given to claimants in said above entitled case;

And it further appearing that no appearance or response
appears upon the record from the said claimants, the court
is of the opinion that said claimants are in default.

Therefore, it is the order of the court that the said above
entitled case is hereby dismissed for want of prosecution.